PEPPER

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2021 JUL -9 P 1: 28
CLERK OF COURT

N. SETH
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Raven Griffin
Full name of plaintiff(s)

v.

Case No. 21-C-0834
(Provided by the Clerk of Court)

Gwendolyn Connolly
Full name of defendant(s)

## NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the Court may dismiss your lawsuit.

I. **Personal Information**

1) Are you employed? ☐ Yes ☒ No

2) Are you married? ☐ Yes ☒ No
   If "Yes," is your spouse employed? ☐ Yes ☒ No

3) Do you have any dependents that you are responsible for supporting?
   ☐ Yes ☒ No
   If "Yes," list them below:

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| 0 | 0 | 0 | $ 0 |
| 0 | 0 | 0 | $ 0 |
| | | | $ |

Fee Request – 1

II. **Income** – If you are married, your answers *must include your spouse's income*. (When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary?     $ 0

2) Provide the name and address of your employer(s):
   _____0_____

3) State your spouse's total *monthly* wages or salary?     $ 0

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

| Source of income | Amount |
|---|---|
| Disability | $ 694 |
| 0 | $ 0 |

III. **Expenses** – If you are married or have dependents, *your expenses should also include your household's expenses.*

1) Identify the following amounts that you pay per month:

   ☐ Rent or ☐ Mortgage     $ ___
   Car payment(s)     $ ___
   Alimony or court-ordered child support $ ___
   Credit card payment(s)     $ ___
   Other household expenses     $ ___
   (e.g., groceries, clothing, medical costs, utilities, cell phone, internet, etc.)

Fee Request – 2

2) Do you have any other *monthly* expenses that you have not already listed?
☐ Yes ☒ No

If "Yes," list them below:

| Expense | Amount |
|---|---|
| Storage | $ 100 |
| Shelter | $ 200-300 (wks) |
| Food | $ 94-150 |

3) What are your total *monthly* expenses? $ $694

IV. **Property** – If you are married, your answers must *include your spouse's property.*

1) Do you own a car? ☐ Yes ☒ No    If "Yes," list car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| N/A | | $ |
| | | $ |

2) Do you own your home(s)? ☐ Yes ☒ No

If "Yes," state the approximate value(s). $ _____

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)? $ _____

3) Do you have any cash or checking, savings, or other similar accounts?
☐ Yes ☒ No

If "Yes," state the total of such sums. $ _____

Fee Request – 3

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

☐ Yes ☑ No

If "Yes," describe the property and the approximate value(s).

_____

**V. Other Circumstances** – Describe any other financial circumstance(s) that you would like the Court to consider when reviewing this petition.

Due to the actions of the Commissioner I have to pay for storage fees, place to sleep staying with relatives and looking for permanet housing therefore I am unable right now to pay any fees.

_____

I, Raven Griffin, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint. I declare under penalty of perjury that the foregoing is true and correct.

7/9/2021
**Date**

[signature]
**Signature**