UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RAVEN GRIFFIN,

    Plaintiff,

v.

MILWAUKEE COUNTY CIRCUIT COURT
and COMMISSIONER GWENDOLYN CONNOLLY,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 21-cv-834-pp

---

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint is **DISMISSED** for failure to state a claim upon which a federal court can grant relief.

    **THE COURT ORDERS** that this case is **DISMISSED**.

    Approved and dated in Milwaukee, Wisconsin this 28th day of April, 2023.

    **BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk